IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW E. ERICSON, | ) | 8:11CV432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court upon Plaintiff's application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (filing 23). Plaintiff's application requested an award of $7,343.83, including fees for 31.5 hours of work by his attorneys at an average hourly rate of $175.36,[1] plus 17.1 hours of work by a paralegal at an hourly rate of $90.00. The parties have since agreed, however, that Plaintiff should receive an award of $6,500.00 (filing 24).

    The court has determined that Plaintiff was indeed the prevailing party in this action, as the Commissioner's decision was reversed and matter remanded for further proceedings; that the position of the Commissioner was not substantially justified; that the application for fees was filed in a timely fashion; and that Plaintiff's net worth did not exceed $2 million when the action was filed. Plaintiff therefore is entitled to an award of reasonable attorney fees.

    Accordingly,

---

[1] This average hourly rate equals the statutory maximum of $125.00, adjusted for inflation since March 1996.

IT IS ORDERED that:

1.  Plaintiff's application for attorneys fees pursuant to the Equal Access to Justice Act (filing 23) is granted, but the amount of the award shall be in the amount of $6,500.00, as agreed by the parties (filing 24).

2.  By separate document, the court shall enter judgment for Plaintiff and against Defendant, providing that Plaintiff is awarded attorney fees of $6,500.00.

January 28, 2013.                               BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge