IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW E. ERICSON, | ) | 8:11CV432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On January 27, 2014, the court entered a memorandum and order (filing 29) concerning a motion filed by Plaintiff's counsel for an award of attorney fees under 42 U.S.C. § 406(b), in the amount of $19,500.00 (filing 27). After reviewing the motion and supporting documents, the court directed Plaintiff's counsel to attempt to secure an affidavit from their client approving the proposed fee award and to file the same with the court. Such an affidavit was filed on January 30, 2014 (filing 30).

Because Plaintiff does not object to the proposed award, and because the amount of fees requested appears reasonable under the circumstances,

IT IS ORDERED that the motion filed by Plaintiff's counsel for an award of attorney fees (filing 27) is granted, as follows:

1. The Commissioner shall distribute to Plaintiff's counsel, from the amount withheld from Plaintiff's past-due benefits for the payment of attorney fees, the sum of $19,500.00; and

2. Plaintiff's counsel shall refund to Plaintiff the sum of $6,500.00, the full amount previously awarded as attorney fees under the EAJA, and shall provide the

Commissioner with documentation showing that the EAJA attorney fee award has been refunded to Plaintiff.

February 3, 2014.  BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge